UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES RICARD, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 10-684 |
| MARKEL INSURANCE COMPANY, ET AL. | * | SECTION "L" (2) |

### ORDER

It appearing to the Court that the subject matter of the above captioned case is related to that of Civil Action No. 09-2499 considered by Section "N" (1) of this Court;

IT IS ORDERED that the above captioned case be TRANSFERRED to Section "N" of this Court pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this __17th__ day of __May__, 2010.

_____
UNITED STATES DISTRICT JUDGE

MAY 17 2010

TRANSFERRED TO

**SECT. N MAG. 1**

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____